JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

YTALO PIERRE MONTALVAN VASQUEZ,

              Petitioner,

    v.

ERNESTO SANTACRUZ, *et al*.,

              Respondents.

Case No. 5:26-cv-02342-FMO-RAO

**JUDGMENT**

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted and Judgment is entered in favor of Petitioner.

IT IS SO ORDERED.

DATED: May 13, 2026

                        /s/
                    FERNANDO M. OLGUIN
                    UNITED STATES DISTRICT JUDGE